Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223



**FILED**
DISTRICT COURT OF GUAM
MAY 30 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for Plaintiff's Successor in Interest,
Pramco II LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CIVIL CASE NO. CIV 97-00058 |
| Plaintiff, | ) |
| vs. | ) **CERTIFICATE OF SERVICE** |
| MICHAEL C. HOCOG and CLAIRE R. ARCEO aka CLAIRE R.A. HOCOG, | ) |
| Defendants. | ) |

I, Seth Forman, certify that on the 30th day of May 2006, I caused the Motion for Substitution of Party and to Revive Judgment; Memorandum of Points and Authorities, Declaration of Counsel and proposed Order to be served on the following:

  a. <u>Via Hand Delivery</u>:
     Office of the U.S. Attorney
     Ste. 500, Sirena Plaza
     108 Hernan Cortez Ave.
     Hagåtña, Guam  96910

  b. <u>Via U.S. Mail</u>:
     Claire C. Hocog and Michael C. Hocog
     107 Kadi Lane
     Barrigada, Guam  96913

ORIGINAL

Certificate of Service
*United States of America vs. Hocog, et al.*
Civil Case No. CIV97-0058
Page 2

The address set forth above for the defendants is the last known address that Pramco II LLC has on file for them.

DOOLEY ROBERTS & FOWLER LLP

Date: May 30, 2006     By: _____
                          **SETH FORMAN**
                          Attorneys for Pramco II LLC