Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

Attorneys for Plaintiff Pramco II LLC



FILED
DISTRICT COURT OF GUAM
APR - 4 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PRAMCO II LLC<br><br>         Plaintiff,<br><br>vs.<br><br>MICHAEL C. HOCOG and CLAIRE R. ARCEO aka CLAIRE R.A. HOCOG,<br><br>         Defendants. | CIVIL CASE NO. CIV 97-00058<br><br>**ABSTRACT OF JUDGMENT** |

1. **Date of Entry of Original Entry of Judgment:** A Consent Judgment was entered against defendant Claire R. Arceo aka Claire R.A. Hocog on September 30, 1997. A Default Judgment was filed against defendant Michael Hocog on September 29, 1997.

   **Date of Order Granting Motion to Revive Judgment:** June 29, 2006

2. **Judgment Debtors:** Michael C. Hocog and Claire R. Arceo aka Claire R.A. Hocog

   **Original Judgment Creditor:** United States of America

   **Current Judgment Creditor:** Pramco II LLC

   **Date of Order Granting Motion to Substitute Party:** June 29, 2006

ORIGINAL

Abstract of Judgment
*Pramco II LLC vs. Hocog, et al.*
Civil Case No. CIV97-00058
Page 2

3. **Amount of the Judgment:** Principal amount of $19,543.51, plus pre-judgment interest to April 23, 1997 in the amount of $2,557.69, pre-judgment interest thereafter to the date of Judgment at the rate of 4.0% per annum, post judgment interest thereafter at the legal rate until paid in full, plus a 10% surcharge, plus $150.00 in filing fees.

4. **This is a lien in favor of the Judgment Creditor named hereinabove.**

MARY L.M. MORAN, Clerk of Court
U.S. District Court for the District of Guam

Date: APR 0 4 2007

By: _____
Deputy Clerk

RECEIVED
APR - 3 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM